■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVELLE TODD, Appellant. [968 NYS2d 594]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Efman, J.), rendered February 14, 2011, convicting him of manslaughter in the first degree and assault in the first degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence was legally sufficient to disprove the defendant's justification defense (*see People v Contes*, 60 NY2d 620, 621 [1983]; *People v Sedunova*, 83 AD3d 965, 966-967 [2011]; *People v Brooks*, 32 AD3d 616, 616-617 [2006]). Moreover, upon our independent review of the evidence pursuant to CPL 470.15 (5), we are satisfied that the jury's rejection of that defense was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Sedunova*, 83 AD3d at 967).

On cross-examination, the prosecutor asked the defendant whether he knew that a certain person had "turned [him] into the police." This question was clearly improper, but the court

immediately intervened and subsequently delivered a strong and unequivocal curative instruction. These ameliorative actions ensured that the prosecutor's improper question did not deprive the defendant of a fair trial (*see* CPL 470.15 [4] [a]; *People v Ross*, 104 AD3d 878, 880 [2013]; *People v Rich*, 78 AD3d 1200, 1201 [2010]; *People v Fluellen*, 2 AD3d 286, 287 [2003]). The defendant's contentions regarding the prosecutor's conduct on summation are unpreserved for appellate review inasmuch as he did not object to the comments he now claims were improper (*see* CPL 470.05 [2]; *People v Alexander*, 100 AD3d 649, 649-650 [2012]). In any event, those comments were either fair response to defense counsel's summation, fair comment on the evidence, or permissible rhetoric (*see People v Ashwal*, 39 NY2d 105, 109-110 [1976]; *People v Whitehurst*, 70 AD3d 1057, 1058 [2010]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Leventhal and Miller, JJ., concur.